

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
Nathan Edward Williams
Defendant.

Case No.: 2:12-CR-951 PSG-2

ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS
(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1))

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central_ District of _California_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(X) information in the Pretrial Services Report and Recommendation
(X) information in the violation petition and report(s)
(X) the defendant's nonobjection to detention at this time
( ) other: _____

1

and/ or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- (X) information in the Pretrial Services Report and Recommendation
- (X) information in the violation petition and report(s)
- (X) the defendant's nonobjection to detention at this time
- ( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: August 21, 2019

_____
SHERI PYM
United States Magistrate Judge